## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**CHARLOTTE ANN ROBINSON, AS**
**ADMINISTRATIX OF THE ESTATE**
**OF FAITH DENISE WHITCOMB,**
**DECEASED**                                                    **PLAINTIFF**

**VS.**                            **NO. 13-5162**

**DR. JOHN ALLAN HUSKINS;**
**DR. WARREN SCOTT LAFFERTY;**
**KEITH FERGUSON; DEPUTY SARA**
**K. HARMON-LOMBARD; CPL.**
**SUZANNE D. HALL; RYAN RICHARDS;**
**MARSHA SMITH, R.N.; SGT. JAMES**
**MORGAN; CAPT. CHRIS SPARKS;**
**SHERIFF KELLEY CRADDUCK; et al.**                             **DEFENDANTS**

## MOTION FOR PARTIAL DISMISSAL

Come now the Defendants, Dr. John Allan Huskins, Dr. Warren Scott Lafferty, Keith Ferguson, and Chris Sparks, in their individual and official capacities, Sara K. Harmon, Suzanne D. Hall, Ryan Richards, Marsha Smith, James Morgan, Benton county, and Sheriff Kelley Cradduck, in his official capacity (referred to collectively herein as the Defendants), and for their Answer to Plaintiff's Amended Complaint (Doc. #18) do state the following:

1.     The Plaintiff filed her Amended Complaint on June 4, 2014, alleging, *inter alia*, claims of tort, medical malpractice, and respondeat superior. See Doc. # 18, ¶¶ 76-98.

2.     For the reasons set forth in the accompanying brief in support, which are incorporated herein as if set forth word for word, the Plaintiff's tort, medical malpractice, and respondeat superior claims should be dismissed as a matter of law and that the individual capacity Defendants against whom those claims are made should be granted qualified immunity as a matter of law.

WHEREFORE, the Defendants respectfully request that Plaintiff's tort, medical malpractice, and respondeat superior claims be dismissed as a matter of law and that the individual capacity Defendants against whom those claims are made be granted qualified immunity as a matter of law.

Respectfully submitted,

Dr. John Allan Huskins, Dr. Warren Scott Lafferty, Keith Ferguson, and Chris Sparks, in their individual and official capacities, Sara K. Harmon, Suzanne D. Hall, Ryan Richards, Marsha Smith, James Morgan, Benton county, and Sheriff Kelley Cradduck, in his official capacity, in their individual and official capacities, *Defendants*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email:owens@rainfirm.com


By:     /s/Jason E. Owens
        Michael R. Rainwater, #79234
        Jason E. Owens, #2003003

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of the same to the following CM/ECF user:

Mr.  Doug Norwood
dougnorwood@cox-internet.com

Mr. Arthur Loevy
jon@loevy.com

Mr. Jonathan D. Nelson
jon@norwoodattorneys.com

Ms. Roshna Bala Keen
roshna@loevy.com


   /s/ Jason E. Owens
Jason E. Owens
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500