IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| CHARLOTTE ANNE ROBINSON, as the Administratrix of the Estate of FAITH DENISE WHITCOMB, deceased, | ) ) ) ) | No. 13 cv 5162 |
| Plaintiff, | ) ) | Honorable P.K. Holmes, III |
| v. | ) ) | |
| DR. JOHN ALLAN HUSKINS, DR. WARREN SCOTT LAFFERTY, and KEITH FERGUSON, | ) ) ) ) | Jury Trial Demanded |
| Defendants. | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF**
**MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff, Charlotte Anne Robinson, by and through her counsel, Loevy & Loevy, hereby respectfully moves this Court to enter the attached, proposed protective order, for the reasons stated below:

1. The parties will be exchanging confidential records in this case, including medical records and personnel files. Some of these records will contain personal and sensitive information, information that is protected by statute, and other confidential information.

2. For instance, the parties have already exchanged medical records pertaining to Faith Denise Whitcomb. Plaintiff has sought the Defendants' personnel files, production of which the Defendants have conditioned on entry of a protective order. *See* Ex. A (Defs.' Response to Pl.'s First Set of Requests for Production *at* Request No. 8). Similarly, Plaintiff has requested production of certain medical complaints alleging similar deficiencies in the care that was provided. Plaintiff anticipates that responsive documents will include at least some

confidential medical information.

3. In order to ensure that material exchanged during discovery is appropriately handled and receives adequate protection, Plaintiff seeks entry of a protective order.

4. Attached hereto as Exhibit B is Plaintiff's proposed protective order. The attached order reflects the Model Confidentiality Order that was issued by the Northern District of Illinois.

5. The proposed order allows either party to designate certain records as confidential, and it contains provisions by which the parties can meet-and-confer to resolve disputes over confidentiality. It also governs the manner by which parties can seek leave to file materials under seal.

6. As required by Federal Rule 26(c), good cause exists for entry of the attached protective order. *See*, *e.g.*, *Smith v. Walley*, 2011 WL 3108329, at *3 (July 26, 2011) ("protecting the privacy interests of individuals who might be the subject of intrusive and embarrassing discovery is good cause under Rule 26(c) for issuing a protective order").

7. Plaintiff provided a copy of her proposed protective order to counsel for Defendants on August 21. Plaintiff again reached out to counsel today. As of the date of filing, defense counsel has not indicated whether or not they oppose this motion.

WHEREFORE, Plaintiff respectfully moves this Court for entry of the attached protective order.

Respectfully submitted,


/s/ Roshna Bala Keen
*Attorney for Plaintiff*

Arthur Loevy
Roshna Bala Keen
LOEVY & LOEVY
312 N. May Street
Chicago, Illinois 60607
(312) 243-5900 telephone
(312) 243-5902 facsimile
roshna@loevy.com

Doug Norwood
Jon Nelson
NORWOOD & NORWOOD, P.A.
2001 South Dixieland Road
P.O. Box 1960
Rogers, Arkansas 72757
(479) 636-1262 telephone
(479) 636-7595 facsimile