IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHARLOTTE ANN ROBINSON, AS
ADMINISTRATIX OF THE ESTATE
OF FAITH DENISE WHITCOMB,
DECEASED                                                                                      PLAINTIFF

VS.                                        NO. 13-5162

DR. JOHN ALLAN HUSKINS,
DR. WARREN SCOTT LAFFERTY,
and KEITH FERGUSON                                                                            DEFENDANT

## DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:** All Documents which relate to, support and/or rebut any of the allegations or claims in Plaintiff's Complaint in this action.

**RESPONSE:** See attached documents.

**REQUEST FOR PRODUCTION NO. 2:** All Documents relating to or supporting Defendant's Affirmative Defenses and Answer to the Complaint in this action, including all Documents upon which Defendants may rely at trial.

**RESPONSE:** See attached documents.

**REQUEST FOR PRODUCTION NO. 3:** All Documents in Defendant's possession relating to Plaintiff or Faith Denise Whitcomb. This Request includes but is not limited to any and all incident reports, medical records (including but not limited to Medication Administration Records, progress notes, physical examination records, transfer summaries or records, prescriptions and prescription orders, intake and screening evaluations, mental health evaluations, medical notification forms, autopsy reports), Complaints, and dispositions of any Complaints (including grievances) involving or relating to Plaintiff of Faith Denise Whitcomb.

**RESPONSE:** See attached documents.

**REQUEST FOR PRODUCTION NO. 4:** All Documents which support or relate to any of your responses to any of Plaintiff's Interrogatories and Requests to Admit in this case.

**RESPONSE:** No requests for admission sent

**REQUEST FOR PRODUCTION NO. 5:** All Documents comprising Communications of any kind relating to the allegations in Plaintiff's Complaint, including but not limited to memos, letters, faxes, e-mails, reports, etc. This Request includes but is not limited to: (a) all Communications between any of the Defendants and Plaintiff or Faith Denise Whitcomb; (b) all Communications with any health care providers; (c) all Communications between any of the Defendants and any employee or agent of the Benton County Sheriff's Office or Benton County Jail.

**RESPONSE:** Objection to the extent the Request for Production requests for privileged communication protected by the attorney-client privilege. Notwithstanding said objection, Defendants are still searching and will timely supplement if necessary.

**REQUEST FOR PRODUCTION NO. 6:** All Documents relating to the administration of health care services at Grundy County Jail, including but not limited to, complete and unredacted contracts for services, training records of health care providers, evaluations of health care providers, qualifications of health care providers, professional or internal discipline, procedures for obtaining medical services, and documents relating to the provision of medical services (including but not limited to administration of medication) to Benton County Jail detainees.

**RESPONSE:** See attached jail file. No records from Grundy County Jail.

**REQUEST FOR PRODUCTION NO. 7:** All Documents relating to any and all

Complaints by detainees or any other person alleging inadequate medical care, denial of mental health care, failure to transfer detainee to a medical facility pursuant to Court Order, or denial of medication at Benton County Jail. This request is limited to the past ten years.

**RESPONSE:** Objection, the interrogatory is vague, not limited in scope and unduly burdensome. Notwithstanding said objection, a list of cases filed in Federal District Court can be found on PACER.

**REQUEST FOR PRODUCTION NO. 8:** All Documents relating to each Defendant's employment at Benton County Jail, including but not limited to employment records, personnel files, resumes, Complaints, evaluations, qualifications, training history, disciplinary history, performance ratings, professional discipline, and any other documents relating to that individual's employment.

**RESPONSE:** Objection, the interrogatory requests private and sensitive personnel records. Notwithstanding said objection, Defendant will provide the requested information upon the Court entering the attached protective order.

**REQUEST FOR PRODUCTION NO. 9:** All medical records relating to Faith Denise Whitcomb in the control or possession of Defendants, including any such records obtained from third parties (including but not limited to documents obtained via third party subpoena).

**RESPONSE:** See attached documents.

**REQUEST FOR PRODUCTION NO. 10:** Any witness statements relating to any of the events described in Plaintiff's Complaint in this action.

**RESPONSE:** See attached reports included in Ms. Whitcomb's jail file.

**REQUEST FOR PRODUCTION NO. 11:** Copies of any insurance policies which could or might provide coverage for any of the events described in Plaintiff's Complaint in this

action.

**RESPONSE:** Benton County does not have insurance, but is a participant in the AACRMF, which provides up to $350,000 in coverage for certain constitutional and civil rights violations.

**REQUEST FOR PRODUCTION NO. 12:** All Documents consisting of or relating to manuals, relating to the following subjects:

    a. Access to detainees to medical treatment;

    b. Provision of medical care to detainees;

    c. Medial services provided within Benton County Jail;

    d. Access of detainees to medical care outside of Benton County Jail;

    e. Provision of medication to detainees; and

    f. HIV;

    g. Mental illness;

    h. The use of solitary confinement, isolation, segregation, or specialized housing such as confinement in a medical ward.

**RESPONSE:** See attached copies of the Benton County Sheriff's Office policies and procedures.

**REQUEST FOR PRODUCTION NO. 13:** Any Documents which support a claim that any Defendant acted consistently with any of the policies and practices of the Benton County Sheriff's Office or Benton County Jail relating to the provision of medical care (including but not limited to administration of medication) to Faith Denise Whitcomb during her detention.

**RESPONSE:** See attached Benton County Detention Center policies and procedures.

**REQUEST FOR PRODUCTION NO. 14:** All Documents obtained from third parties

in this litigation (via subpoena or otherwise), including but not limited to employment records, medical records, prison/jail records, or any other records.

**RESPONSE:** See attached documents.

**REQUEST FOR PRODUCTION NO. 15:** All Documents reflecting the work schedules, work assignment location, and work duties and responsibilities of the Officers and Medical Personnel, from July 5, 2011 through May 3, 2012.

**RESPONSE:** See attached. Defendants are still collecting information and will timely supplement if necessary.

**REQUEST FOR PRODUCTION NO. 16:** All Documents reflecting the names, work schedules, work assignment location, and work duties and responsibilities of all health care providers, medical personnel, correctional officers, or other individuals responsible for administering medication or medical care to detainees (including but not limited to doctors and nurses) at Benton County Jail from July 5, 2011 through May 3, 2012.

This Request includes but is not limited to all Documents reflecting the names of all health care providers, medical personnel, correctional officers, or other individuals responsible for administering medication or medical care to Faith Denise Whitcomb from July 5, 2011 through May 3, 2012.

**RESPONSE:** See attached documents. Defendants are still collecting information and will timely supplement if necessary.

**REQUEST FOR PRODUCTION NO. 17:** All Documents establishing what medication(s) (name, dosage, frequency, and all other available details) was administered to Faith Denise Whitcomb at any time from July 5, 2011 through May 3, 2012.

**RESPONSE:** See attached medication logs and jail file.

**REQUEST FOR PRODUCTION NO. 18:** All protocols and guidelines followed by Benton County Jail employees and/or contractors relating to the provision of medical care at Benton County Jail.

**RESPONSE:** See attached Benton County Sheriff's Office policies and procedures.

**REQUEST FOR PRODUCTION NO. 19:** All written standing medical orders of protocol relating to: (1) responding to medical emergencies, (2) administering medication to detainees, (3) obtaining medical attention for detainees; (4) care and treatment of mentally ill detainees; (5) care and treatment of HIV- positive detainees.

**RESPONSE:** See attached policies and procedures.

**REQUEST FOR PRODUCTION NO. 20:** All Documents reflecting any steps taken by or on behalf of the Benton County Sheriff to hire a physician to work at Benton County Jail between March 1 and April 1, 2012.

**RESPONSE:** Objection, the interrogatory is vague and not limited in scope. Notwithstanding said objection, Defendants are unaware of any such documents. Defendants will timely supplement, if necessary.

**REQUEST FOR PRODUCTION NO. 21:** Copies of all licenses, certifications or registrations of all medical personnel or staff employed Benton County Jail from July 5, 2011 through May 3, 2012.

**RESPONSE:** Defendants are still collecting the requested information and will timely supplement this response.

**REQUEST FOR PRODUCTION NO. 22:** All physical evidence relating to any of the allegations in Plaintiff's Complaint or Defendant's defenses thereto. This Request includes, but is not limited to, all clothing worn by Faith Denise Whitcomb on May 3, 2012 and all items

found in her cell.

**RESPONSE:** Defendants will timely supplement this response.

**REQUEST FOR PRODUCTION NO. 23:** All photographs, videos, and recordings taken in the Grundy County Jail from July 5, 2011 through May 3, 2012. This request includes but is not limited to all photographs, videos, and recording of Faith Denise Whitcomb, any of the Defendants, and any of the incidents described in the Complaint.

**RESPONSE:** Objection, the interrogatory is vague and not limited in scope. Notwithstanding said objection, Defendants are not aware of any photographs, videos, and recordings of Faith Denise Whitcomb.

**REQUEST FOR PRODUCTION NO. 24:** All Documents relating to any investigation undertaken by the Benton County Sheriff's Office or Benton County Jail or any other law enforcement agency into Faith Denise Whitcomb's death.

**RESPONSE:** See attached Investigation Report.

**REQUEST FOR PRODUCTION NO. 25:** All Documents reflecting any and all medical tests performed on Faith Denise Whitcomb at any time between July 5, 2011 through May 3, 2012.

**RESPONSE:** See attached jail file.

**REQUEST FOR PRODUCTION NO. 26:** All Documents relating to any forensic analysis, testing, or toxicology conducted in relation to the incidents described in Plaintiff's Complaint.

**RESPONSE:** See attached autopsy report.

**REQUEST FOR PRODUCTION NO. 27:** All Documents relating to any property of Faith Denise Whitcomb's that was inventoried at any time during her detention.

RESPONSE: See attached jail file.

**REQUEST FOR PRODUCTION NO. 28:** All grievance form, complaints, or other written communications seeking medical attention written by Faith Denise Whitcomb.

RESPONSE: See attached jail file.

**REQUEST FOR PRODUCTION NO. 29:** All transcripts, tape recordings, and radio transmissions (or Documents memorializing the same) relating to the incidents described in the Complaint. This request includes but is not limited to all radio transmissions between any person and any Defendant.

RESPONSE: None.

**REQUEST FOR PRODUCTION NO. 30:** All Documents which support a contention by you in this litigation that Faith Denise Whitcomb committed any criminal acts and/or was under criminal investigation.

RESPONSE: See attached jail file.

**REQUEST FOR PRODUCTION NO. 31:** All attendance or employee sign-in sheets for Grundy County Jail from July 5, 2011 through May 3, 2012.

RESPONSE: See attached documents.

**REQUEST FOR PRODUCTION NO. 32:** All Documents relating to any evidence collected from the scene of the incidents described in the Complaint, including but not limited to all Documents relating to evidence inventory, evidence receipts, and chain of custody.

RESPONSE: See attached documents.

**REQUEST FOR PRODUCTION NO. 33:** All Documents relating to any and all arrests, detentions, prosecutions, and criminal history of any Defendant, including but not limited

to arrest reports, offense reports, criminal complaints, booking photos, witness statements, investigations, and all other documents.

RESPONSE: See attached documents.

REQUEST FOR PRODUCTION NO. 34: All Documents relating to any Rule 26 expert witness retained by Defendants in this matter, including but not limited to: (a) all Communication to/from said expert(s) which are not otherwise protected as work product under Rule 26; (b) all Documents provided to and relied upon by said expert(s); (c) all notes, reports, and analysis by said expert(s); (d) all bills or statements of the hours and compensation paid to or billed by the witness for work on this matter; and (e) any transcripts of prior testimony or Rule 26 reports of said expert(s). To the extent responsive Documents become available as the litigation proceeds, please seasonably supplement you Responses.

RESPONSE: To date, Defendants have not made a decision concerning an expert witness. Defendants, if necessary, will timely supplement its response.

REQUEST FOR PRODUCTION NO. 35: Any and all demonstrative aids or exhibits that my be used at trial in this case. To the extent Document become available as the litigation proceeds, please seasonably supplement your Responses.

RESPONSE: To date, Defendants have not made a decision concerning demonstrative aids or exhibits.

REQUEST FOR PRODUCTION NO. 36: All Documents relating to any changes made in the last ten years to the policies, practices, and training programs at Benton County Jail relating to:

    a.    Access of detainees to medical treatment;

    b.    Provision of medical care to detainees;

c. Medical services provided within Benton County Jail;

d. Access of detainees to medical care outside of Benton County Jail;

e. Provision of medication to detainees; and

f. Handling of health-related grievances;

g. HIV;

h. Mental illness;

I. The use of solitary confinement, isolation, segregation, or specialized housing such as confinement in a medical ward.

**RESPONSE:** Objection, the Request for Production is vague and not limited in scope.

**REQUEST FOR PRODUCTION NO. 37:** All cell rosters or other Documents reflecting the identities and locations of inmates detained at Benton County Jail from July 5, 2011 through May 3, 2012.

**RESPONSE:** Objection, the Request for Production is not relevant, calls for information not reasonably calculated to discoverable information, unduly burdensome and not limited in scope. Notwithstanding said objection, see attached cell housing sheet from Pod B180 or 179.

**REQUEST FOR PRODUCTION NO. 38:** All Documents establishing the dates and times when one or more Benton County Jail employee conducted checks on Faith Denise Whitcomb from July 5, 2011 through May 3, 2012.

**RESPONSE:** See attached head count sheets.

**REQUEST FOR PRODUCTION NO. 39:** All Documents reflecting the names of the person(s) who signed or wrote on any of the grievance forms that Faith Denise Whitcomb submitted from July 5, 2011 through May 3, 2012.

**RESPONSE:** See attached documents.

**REQUEST FOR PRODUCTION NO. 40:** All employment contacts or agreements between: (1) Defendant Huskins and (2) Defendant Lafferty.

**RESPONSE:** See attached documents.

**REQUEST FOR PRODUCTION NO. 41:** All the policies, procedures, rules, regulations, protocols, or guidelines followed by any of the Officers or Medical Personnel relating to the provision of medical care or medication to detainees at Benton County Jail.

**RESPONSE:** See attached policies and procedures.

**REQUEST FOR PRODUCTION NO. 42:** Any and all Documents establishing that any medication was ordered for Faith Denise Whitcomb from any pharmacy from July 5, 2011 through May 3, 2012.

**RESPONSE:** See attached medical records.

**REQUEST FOR PRODUCTION NO. 43:** Any and all Documents establishing that any medication was ordered for Faith Denise Whitcomb was received at Grundy County Jail from July 5, 2011 through May 3, 2012.

**RESPONSE:** See attached documents.

**REQUEST FOR PRODUCTION NO. 44:** Any and all Documents establishing that Faith Denise Whitcomb was seen or examined by any nurse or physician at any time between July 5, 2011 through May 3, 2012.

**RESPONSE:** See attached documents.

**REQUEST FOR PRODUCTION NO. 45:** Any and all Documents establishing that Faith Denise Whitcomb was placed on sick call at any time between July 5, 2011 through May 3, 2012.

**RESPONSE:** See attached medical file.

**REQUEST FOR PRODUCTION NO. 46:** Any and all sick call slips or forms filled out by Faith Denise Whitcomb or on Faith Denise Whitcomb's behalf between July 5, 2011 through May 3, 2012.

**RESPONSE:** See attached medical file.

**REQUEST FOR PRODUCTION NO. 47:** All visitor logs or other documents reflecting the individuals who came to Benton County Jail at any time between July 5, 2011 through May 3, 2012 regarding Faith Denise Whitcomb.

**RESPONSE:** See attached visitation logs.

**REQUEST FOR PRODUCTION NO. 48:** All Documents reflecting any efforts to transfer Faith Denise Whitcomb to the Arkansas State Hospital.

**RESPONSE:** See attached jail file.

**REQUEST FOR PRODUCTION NO. 49:** All Documents reflecting any efforts to transfer Faith Denise Whitcomb to a medical or mental health facility other than Arkansas State Hospital.

**RESPONSE:** See attached jail and medical file.

**REQUEST FOR PRODUCTION NO. 50:** All Documents supporting or contradicting your assertion that Arkansas State Hospital did not have sufficient room for Faith Denise Whitcomb.

**RESPONSE:** See attached jail and medical file.

**REQUEST FOR PRODUCTION NO. 51:** All Documents reflecting the identities of all detainees of Benton County Jail who were supposed to be transferred to a medical or mental health facility pursuant to Court Order but who were not transferred for any reason, as well as all documents relating to the failure to transfer the detainee.

**RESPONSE:** Objection, the Request for Production is overly broad, unduly burdensome, not limited in time or scope and not reasonably calculated to lead to discoverable information.

**REQUEST FOR PRODUCTION NO. 52:** All Documents reflecting the stock (i.e., supplies) and inventory of all medication stored in Benton County Jail from July 5, 2011 through May 3, 2012.

**RESPONSE:** Objection, the Request for Production is overly broad, unduly burdensome, not limited in time or scope and not reasonably calculated to lead to discoverable information. Notwithstanding said objection, see attached documents.

**REQUEST FOR PRODUCTION NO. 53:** All Documents sufficient to identify the medical equipment available to Benton County Jail medical personnel, whether at that Jail or at another location, that may be used for diagnostic purposes, including but not limited to equipment necessary to conduct blood draws and blood tests, x-ray machines, CT Scans, blood pressure monitoring devices, and weighing scales.

**RESPONSE:** See attached policies and procedures. See attached picture of the medical room.

Respectfully submitted,

Dr. John Allan Huskins, Dr. Warren Lafferty, and Keith Ferguson, in their individual and official capacities, *Defendants*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
6315 Ranch Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email:owens@rainfirm.com