IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHARLOTTE ANN ROBINSON, *as
Administratrix of the Estate of* Faith Denise
Whitcomb, Deceased                                                                                              PLAINTIFF

v.                                              Case No. 5:13-CV-05162

DR. JOHN ALLAN HUSKINS, *individually and
in his official capacity as the physician of Benton
County Jail*; DR. WARREN SCOTT LAFFERTY,
*individually and in his official capacity as the
physician of Benton County Jail*; KEITH
FERGUSON, *individually and in his official
capacity as the Sheriff of Benton County*;
DEPUTY SARA K. HARMON, *individually and
in her official capacity*; CORPORAL SUZANNE
D. HALL, *individually and in her official capacity*;
DEPUTY RYAN RICHARDS, *individually and in
his official capacity*; R.N. MARSHA SMTH,
*individually and in her official capacity*; R.N. GAIL
HARTGREAVES, *individually and in her official
capacity*; SERGEANT JAMES MORGAN,
*individually and in his official capacity*; CAPTAIN
CHRIS SPARKS, *individually and in his official
capacity*; SHERIFF KELLEY CRADDUCK,
*in his official capacity*; UNKNOWN BENTON
COUNTY JAIL EMPLOYEES; JAIL MEDICAL
PERSONNEL; and COUNTY OF BENTON, ARKANSAS                               DEFENDANTS

# O R D E R

Currently before the Court is Plaintiff Charlotte Ann Robinson's motion to compel (Doc. 47). Robinson seeks an order compelling Defendants to respond to Robinson's second set of interrogatories and second set of requests for production. Robinson sent the discovery requests to Defendants on October 1, 2014. Answers were therefore due by October 31, 2014. Fed. R. Civ. P. 33(b)(2) and 34(b)(2)(A). Counsel for the parties agreed to a one-week extension of time, making

the discovery responses due by November 7, 2014. After not receiving the requested discovery by the time that the extended deadline passed, counsel for Robinson continued to inquire with counsel for Defendants about the status of the requested discovery. On November 11, 2014, Robinson filed the instant motion to compel. Soon after, at Defendants' request, counsel for the parties informed the Court that they had again agreed to attempt to resolve the discovery dispute without Court intervention by November 17, 2014. To date, Defendants have still not provided all requested discovery despite the multiple extensions of time they were given by which to respond.

IT IS THEREFORE ORDERED that Robinson's motion to compel (Doc. 47) is GRANTED IN PART. The Defendants are ordered to appropriately respond to Robinson's second set of interrogatories and second set of requests for production numbers 8, 9, 10, 11, 12, 17, 20, 21, 22, and 23 **by 3:00 p.m. on November 20, 2014**. To the extent Robinson's motion seeks to compel the requests for production not numbered above, that request is DENIED AS MOOT.

IT IS SO ORDERED this 18th day of November, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE