**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**CHARLOTTE ANN ROBINSON, AS
ADMINISTRATIX OF THE ESTATE
OF FAITH DENISE WHITCOMB,
DECEASED**                                                          **PLAINTIFF**

**VS.**                      **NO. 5:13-05162-PKH**

**DR. JOHN ALLAN HUSKINS, et al**                                    **DEFENDANTS**

## JOINT MOTION FOR DISMISSAL DUE TO SETTLEMENT

Come now the parties jointly[1], and for their motion to dismiss, do state:

1. The parties to this case have entered into a compromised settlement of the matter.

2. Due to the nature of the case, including the fact that the Plaintiff is administering an estate, the parties have not completed the settlement process, but anticipate doing so in the very near future. The parties do not anticipate any dispute over the finalization of the settlement.

Wherefore, the parties jointly and respectfully request that this action be dismissed and that the Court retain jurisdiction for thirty (30) days to deal with any unanticipated dispute over the settlement.

---

[1] Undersigned counsel has contacted counsel for all parties, who have authorized the undersigned counsel to file this motion on behalf of all parties jointly.

Respectfully submitted,

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
Phone (501) 868-2500
Fax (501) 868-2505
email: owens@rainfirm.com

By:    /s/ Jason E. Owens
      Jason E. Owens, #2003003
      Michael R. Rainwater, #79234

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20 day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of the same to the following CM/ECF user:

Mr. Doug Norwood
dougnorwood@cox-internet.com

Mr. Arthur Loevy
jon@loevy.com

Mr. Jonathan D. Nelson
jon@norwoodattorneys.com

Ms. Roshna Bala Keen
roshna@loevy.com

   /s/ Jason E. Owens
Jason E. Owens
Attorney for Defendants
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
801 Technology Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500